ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL I

| | | |
|---|---|---|
| EL PUEBLO DE PUERTO RICO<br>**Parte recurrida**<br><br>v.<br><br>ISAAC XAVIER AYALA POTEN<br><br>**Parte peticionaria** | TA2026CE00170 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de **Aguadilla**<br><br>Caso núm.:<br>**AVI2022G0006**<br>**ALA2022G0039**<br>**ALA2022G0040**<br><br>Sobre:<br>**ART. 95 DEL C.P.**<br>**ART. 6.05 LEY 168**<br>**ART. 6.14 B LEY 168**<br>**(Solicitud de Atenuantes)** |

Panel integrado por su presidente, el juez Sánchez Ramos, la jueza Romero García y el juez Pérez Ocasio.

Pérez Ocasio, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de febrero de 2026.

El 13 de febrero de 2026, Isaac Xavier Ayala Poten, en adelante Ayala Poten o peticionario, instó el presente recurso con el fin de que revisáramos la *Orden* emitida por el Tribunal de Primera Instancia, Sala Superior de Aguadilla, el 26 de enero de 2026, notificada el 28 de enero de 2026. En ella, el Foro Primario declaró "*No Ha Lugar*" una moción presentada por el peticionario al amparo del Artículo 67 del Código Penal de Puerto Rico, Ley Núm. 146 de 30 de junio de 2012, según enmendada, 33 LPRA sec. 5100.

Evaluada la petición de *certiorari*, y prescindiendo de la comparecencia de la parte recurrida al amparo de la facultad conferida por la Regla 7(B)(5) de nuestro Reglamento,[1] *In re Aprob.*

---

[1] Esta regla nos permite "prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante [nuestra] consideración, con el propósito de lograr su más justo y eficiente despacho [...]". Reglamento del Tribunal de Apelaciones, *supra*.

*Enmdas. Reglamento TA*, 2025 TSPR 141, pág. 15, 216 DPR __ (2025), este Tribunal concluye que el peticionario no pudo establecer que el Foro Primario hubiera incurrido en error alguno, por lo que no se justifica nuestra intervención en este asunto. Igualmente, no hallamos base para concluir que en este caso concurren los criterios establecidos en la Regla 40 de nuestro Reglamento, *supra*, pág. 63, para expedir el auto de *certiorari*. En consecuencia, **denegamos su expedición**.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones